# Exhibit B

Collateral Management Solutions
9750 Goethe Road | Sacramento, CA 95827
www.Vitu.com

# Lentegrity

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 83119425101 |
| **Lienholder** | LENTEGRITY LLC |
| **Lienholder Address** | 27472 PORTOLA PKWY #205-345<br>FOOTHILL RANCH, CA 92610 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 5TDBZRFH9KS964337 | **Issuance Date** | 5/4/2023 |
| **Title Number** | 84816463 | **Received Date** | 5/4/2023 |
| **Title State** | PA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2019 | **Odometer Reading** | 74900 |
| **Make** | TOYO | **Branding** | |
| **Model** | HGH | | |
| **Owner 1** | KIRVEN,JELISA GAYLE | | |
| **Owner 2** | | | |
| **Owner Address** | 2041 GRANT AVE FL 1<br>PHILADELPHIA, PA 19115 | | |

**Printed:** Thursday, September 24, 2026 1:42:51 PM PST