**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **JELISA G. KIRVEN,** | : | **BANKRUPTCY NO. 25-12244-AMC** |
| **Debtor.** | : | |

**CERTIFICATE OF SERVICE**

I, D. Alexander Barnes, Esquire, hereby certify that on October 2, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of Lentegrity LLC for Relief from the Automatic Stay and Notice of Motion, Response Deadline and Hearing Date

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

/s/ D. Alexander Barnes
D. Alexander Barnes

4920-6341-6787

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Brad J. Sadek, Esquire
SADEK LAW OFFICES, LLC
1500 John F. Kennedy Blvd., Suite 220
Philadelphia, PA 19102
brad@sadeklaw.com
*Counsel to Debtor, JeLisa G. Kirven*
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Scott F. Waterman, Esquire
CHAPTER 13 TRUSTEE
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
*Counsel to the U.S. Trustee*
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other: