**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **JELISA G. KIRVEN,** | : | **BANKRUPTCY NO. 25-12244-AMC** |
| **Debtor.** | : | **Hearing Date: October 28, 2026**<br>**Hearing Time: 11:00 a.m.** |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Lentegrity LLC ("Lentegrity"), by and through its counsel, Obermayer Rebmann Maxwell & Hippel LLP, has filed a Motion for Relief From the Automatic Stay (the "Motion") pursuant to 11 U.S.C. § 362.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **October 19, 2026, you or your attorney must file a response to the Motion.** *(See Instructions on next page).*

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, Chief United States Bankruptcy Judge for the Eastern District of Pennsylvania on **October 28, 2026, at 11:00 a.m.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

   ☒ Telephonic via: 1-646-828-7666 (telephone number).
   160 6807 8081 (meeting ID). No participant ID is necessary.

   ☐ Video Conference using the following link:

   ☒ In-Person participation is also available for this hearing: Courtroom #4

4. **If you do not file a response to the Motion**, the court may enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

## Filing Instructions

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at

   Clerk
   United States Bankruptcy Court
   for the Eastern District of Pennsylvania
   Robert N.C. Nix Building, Suite 400
   900 Market Street
   Philadelphia, PA 19107

3. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorneys:


D. Alexander Barnes, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3184
Facsimile: (215) 665-3165


Dated: October 2, 2026