**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **JELISA G. KIRVEN,** | : | **BANKRUPTCY NO. 25-12244-AMC** |
| **Debtor.** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF LENTEGRITY LLC FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. SECTION 362**

The undersigned hereby certifies that, as of October 20, 2026, Lentegrity LLC ("Lentegrity" or "Movant"), has received no answer, objection or other responsive pleading to its Motion for Relief From the Automatic Stay (the "Motion") [D.I. 27] filed on October 2, 2026. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion filed on October 2, 2026 [D.I. 28], objections to the Motion were to be filed and served no later than October 19, 2026.

It is hereby respectfully requested that the Order Granting Motion, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: October 20, 2026

By: */s/ D. Alexander Barnes*

D. Alexander Barnes, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
(215) 665-3184 – Phone
(610) 506-8000 – Cell
(215) 665-3165 – Facsimile

Counsel for Lentegrity LLC