**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **JELISA G. KIRVEN,** | : | **BANKRUPTCY NO. 25-12244-AMC** |
| **Debtor.** | : | |

**ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

AND NOW, this __________ day of ______________________, 2026, upon consideration of the Motion of Lentegrity LLC ("Lentegrity") for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "Motion"), any objection thereto, and after sufficient notice and a hearing, and cause therefore having been demonstrated, it is hereby

ORDERED that the Motion is GRANTED in its entirety, and it is further

ORDERED that the automatic stay in the within bankruptcy proceeding is hereby lifted to permit Lentegrity to proceed to exercise any and all rights it may have under any and all applicable laws with respect to a loan and security agreement for a certain 2019 Toyota Highlander (VIN 5TDBZRFH9KS964337) (the "Vehicle"); and it is further

ORDERED that the ten (14) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and Lentegrity may immediately proceed to exercise its security interests with respect to the Vehicle.

___________________________________
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

cc: Attached Service List

**SERVICE LIST**

D. Alexander Barnes, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

Brad J. Sadek, Esquire
SADEK LAW OFFICES, LLC
1500 John F. Kennedy Blvd., Suite 220
Philadelphia, PA 19102

Scott F. Waterman, Esquire
CHAPTER 13 TRUSTEE
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107